UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICARDO VELASQUEZ,

    Plaintiff,

vs.                                   CASE NO. 1:19-cv-06899-JPO

SHORTY'S RESTAURANTS LLC, a New
York limited liability company, d/b/a
SHORTY'S-PEARL STREET, and 6232
ASSOCIATES LLC, a New York limited
liability company,

    Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW, Plaintiff, RICARDO VELASQUEZ, and Defendants, SHORTY'S RESTAURANTS LLC, a New York limited liability company, d/b/a SHORTY'S-PEARL STREET, and 6232 ASSOCIATES LLC, a New York limited liability company, who, by and through their respective undersigned counsel, and pursuant to the provisions of Rule 41(a)(l) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of the above-captioned action, with prejudice, with regard to all Defendants. Each party shall bear their own attorneys' fees and costs.

Dated: This 18th day of February, 2020.

By: _____
Robert J. Mirél, Esq.
The Weitz Law Firm, P.A.
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160
Telephone: (305) 949-7777
Fax: (305) 704-3877
Email: rjm@weitzfirm.com
*Attorneys for Plaintiff*

By: _____
Eli Zev Freedberg, Esq.
Eric Douglas Witkin, Esq.
Littler Mendelson, P.C. (NYC)
900 Third Avenue
New York, NY 10022
Telephone: (212) 583-9600
Fax: (212) 954-5011
Email: EFreedberg@littler.com
*Attorneys for Defendant,*
*SHORTY'S RESTAURANTS LLC*

By: _____
William Fuger Cusack, III, Esq.
Wilson Elser Moskowitz Edelman &
Dicker LLP
150 E 42nd Street
New York, NY 10017
Telephone: (212) 915-5824
Fax: (212) 490-3038
Email: william.cusack@wilsonelser.com
*Attorneys for Defendant,*
*6232 ASSOCIATES LLC*

SO ORDERED:

_____
J. PAUL OETKEN
United States District Judge

March 4, 2020